To The Honorable Judge Pitlyk,

I would like to start off by saying thank you for taking the time to read this letter. I know you see cases like this everyday and you have to judge each case based on the facts that are given to you. I hope this letter will give you some insight on who Casey truly is from my point of view and help you make a justifiable and fair judgement on Casey's behalf.

My name is Kalley Tidrick. I am the youngest sister of three sisters to Casey Tidrick, and I have known Casey my whole life. From the time I can remember, Casey has always been my loving but annoying big brother, but what brother isn't. Growing up, we didn't get along too well. He loved to pick on me, tease me, and honestly get on my every last nerve. What would always bring us together is when we would play video games together. No matter how much I begged and pleaded and said the magic words "pretty please with a cherry on top, will you let me win just ONE game", he would always beat me.

However, Casey is one if the most dependable and loving people I have ever met in my life. No matter what time it was or when it was, I always knew if I called him and I needed him, he would be there for me. I remember on one occasion, I was working a very early 4:30 a.m. shift in the winter, and I did not have a car or a drivers license at the time. The night before, I asked him if he would be able and willing to take me to work. Knowing it was very last minute and it was very early in the morning, I would have understood if he said no. Without hesitation, he said yes, and it wouldn't be a problem. Around 4:10 the next morning, I heard him get up, but just kept getting ready and didn't think anything of it. He had gone outside, started the car, turned my seat warmer on, and made sure the car would be nice and warm when I got inside. The whole ride there, he made sure I was comfortable and gave me a pep talk to get me though the long day I had ahead. When we got to work, he stayed there until my co-worker showed up, made sure I made it into the building safely, and then he went ahead and headed back home. These are the qualities that make me proud to call Casey my brother.

Looking back on the person that I know Casey to be, it makes me question what led to the behavior that has put him in his current situation. Through my communications with Casey over the past several months, I have seen a change in his his demeanor that makes me believe he has truly understood the consequences of his actions, and he is ready to get the help that is needed to continue on a positive track in life.

Once again, I understand you have to take all the facts that you have been given into consideration while you render your decision. I hope this letter has given you further insight into the person that I know Casey to be.

Thank you for your time.

Sincerely,
Kalley Tidrick