To the Honorable Judge Pitlyk and the Courts of the Eastern District of Missouri:

For the last eleven months, I have reflected and reviewed my life, the time I spent here, and the things that I have caused.

There has been much pain and trauma over the years that I have experienced, and I have blamed myself for carrying the burden of other people's pain as well. My parents' divorce made me experience having a broken family where I played peacekeeper and a confidant to both parents for most of my life. It was a choice I made thinking it would save my family from more heartache and stress, but it only added to the tension at times. This at times led to the physical and verbal abuse I received, and it left me feeling alone, afraid, distrustful, and wondering, at times, if my parents loved me.

In my teens, injuries, mainly the concussions, caused even more intense pain and trauma. It took my mental and physical health to where it took away my joy, my desire, my personality, and my spirit. Most days, I was filled with a sense of anxiety, depression, hopelessness, anger, and fear that I would never experience peace, love, and tranquility again. I gave up in sports, school, relationships, and relied on alcohol, medication, or sexual interests to make me forget the agony and pain of my life.

I left for college and lost my grandfather to cancer a few months later. This was one of my biggest heartaches because he was the man in my life that guided, mentored, loved, and became a best friend to me when I felt like I had no one else. He was one of if not the best role models I could have, and I felt he was taken too soon.

In my adult life, I lost a child due to a tubual pregnancy and basically thought what was the point anymore? Nothing in my life lasts nor does anything make me happy anymore, so i gave up and did not care.

I know that these circumstances do not excuse my behavior with what has happened. But I hope you can take a moment to realize the immense trauma and pain I have had that led me to this point of not caring and choosing to speak and act in this manner. I do want everyone here to know that I am truly sorry for my actions and accept the punishment for those actions.

First and foremost, I want to apologize and say I am sorry to the young lady and the family that I have caused pain and anger to. I never meant to cause harm in any way, shape, or matter, but I know that I have done so. If I could go back and take this all away, I would. All I can ask for is your forgiveness and mercy. I understand if that day never comes, but I hope that one day it will be possible, and I can show you that I am a changed man because of this. If I may make a promise to you, it would be that if I ever have a daughter, I would show her all the love and care in the world, and I would protect her and show her how a man should treat her in the right and godly way.

To the Court and the Honorable Judge Pitlyk, I am sorry for my actions as well. I'm sorry that we had to meet because of my disheartening actions. I know they were wrong, and I ask for your forgiveness and mercy, too. I promise to never repeat those actions, and that I will be a better man in my life.

To my family, I am sorry for disappointing you all, and I'm also sorry for not being the brother, son, and Christian you all know I can be. I know that most if not all of you have forgiven me and have shown so much love during this difficult process. I ask that you please continue the love, prayers, and support during this time as I need them every day. I promise to keep improving despite my past, to keep getting back up every i time I fall, and to come back home a better man. I love you all so much.

To finish, I'd like to apologize to myself. I'm sorry for not being a better man, and I'm sorry for giving up. I promise to work hard every day for the rest of my life, and to love you unconditionally no matter the flaws and the past.

Thank you all for letting me take a moment of your time. Have a great day and God bless.

Casey Tidrick